UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AMIR ASHTIANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　Defendant. | Case No. 18-cv-00631-VC　(RMI)<br><br>**ORDER TO SHOW CAUSE & TO MEET AND CONFER REAGRDING AN EXTENSION OF FACT DISCOVERY DEADLINE** |

Previously, this court ordered Plaintiff "to file a written certification with the court no later than 5:00 pm on Friday, March 1, 2019, stating the following: (1) that Plaintiff has attended his independent medical examination, currently scheduled for February 28, 2019; (2) that Plaintiff has tendered all of the document production that is still outstanding; (3) that Plaintiff has complied with all of Defendant's document production requests without objection; and, (4) that Plaintiff has submitted amended and complete responses to Defendant's interrogatory requests." *Order of February 27, 2019* (dkt. 61). Plaintiff has failed to file such certification. Accordingly, Plaintiff shall, ***on or before March 15, 2019***, file the certifications, or show cause as to why he should not be sanctioned.

Further, pursuant to Judge Chhabria's instructions, *see* (dkt. 68), the parties are to meet and confer regarding an extension of the fact discovery deadline. If the parties are unable to come to a joint resolution, the parties shall file a joint letter brief of no more than five (5) pages expressing each party's position as to an extension. The party seeking an extension must provide detailed reasons for the extension, the scope of any further discovery, and a proposed timeline. The court will not grant extensions based on generalized requests. The joint letter brief must be filed no later

than March 22, 2019.

**IT IS SO ORDERED.**

Dated: March 12, 2019

ROBERT M. ILLMAN
United States Magistrate Judge