UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR ASHTIANI,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>        Defendant. | Case No. 18-cv-00631-VC<br><br>**ORDER DENYING MOTION**<br><br>Re: Dkt. No. 88 |

    In this closed case, Ashtiani has filed a "motion to represent myself." This motion is procedurally improper and is denied. To the extent that Ashtiani's motion could be construed as a motion to reopen the case (which was dismissed following a settlement), Ashtiani has presented no basis for relief. Accordingly, the motion is denied. No additional filings in this closed case will be considered.

    **IT IS SO ORDERED.**

Dated: July 16, 2021

                                                    VINCE CHHABRIA<br>
                                                    United States District Judge